JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, <br><br> Plaintiff, <br><br> v. <br><br> RAWA& SONS, LLC, a California Limited Liability Company; SHAMROUKH SONS, INC., a California Corporation, Doing Business as Canoga Park Shell; and Does 1-10, <br><br> Defendants. | Case: 2:15-CV-03715-PA-MRW <br><br> **ORDER** |

### **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 14, 2015          _____
                                                    HONORABLE PERCY ANDERSON
                                                    UNITED STATES DISTRICT COURT JUDGE